### IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (BID PROTEST)

| | |
|---|---|
| **ENERGY*SOLUTIONS* FEDERAL SUPPORT, LLC, DERIVATIVELY ON BEHALF OF HII SHIPCYCLE, LLC,** *Plaintiff,* v. **UNITED STATES,** *Defendant,* and **HII SHIPCYCLE, LLC,** *Nominal Defendant.* | Case No. **25-1336C** _____ Judge _____ |

### MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Energy*Solutions* Federal Support, LLC ("Energy*Solutions*"), derivatively on behalf of HII ShipCycle, LLC ("ShipCycle"), respectfully requests leave to file its Complaint and documents in support thereof in this bid protest under seal as allowed by Rules of the Court of Federal Claims Appendix C Section III.

Certain portions of the Complaint reveal proprietary information. Energy*Solutions* has contemporaneously filed a motion for a protective order to be issued by the Court in this matter. The Complaint is marked in such a way that confidential, proprietary information is indicated, and it is accompanied by a proposed redacted version.

WHEREFORE, Energy*Solutions* respectfully requests that the Court issue an order granting this motion.

Dated: August 11, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ W. Brad English
　　　　　　　　　　　　　　　　　　　W. Brad English
　　　　　　　　　　　　　　　　　　　J. Andrew Watson, III
　　　　　　　　　　　　　　　　　　　Emily J. Chancey
　　　　　　　　　　　　　　　　　　　Taylor R. Holt
　　　　　　　　　　　　　　　　　　　Hunter M. Drake

**OF COUNSEL:**

MAYNARD NEXSEN PC
655 Gallatin Street SW
Huntsville, Alabama 35801
(256) 512-5705
benglish@maynardnexsen.com
awatson@maynardnexsen.com
echancey@maynardnexsen.com
taholt@maynardnexsen.com
hdrake@maynardnexsen.com

**Certificate of Service**

　　　I hereby certify that on August 11, 2025, I caused copies of the foregoing to be served by electronic mail upon the following:

　U.S. Department of Justice
　Commercial Litigation Branch
　National Courts Section
　P.O. Box 480
　Ben Franklin Station
　Washington, D.C. 20044

　　　　　　　　　　　　　　　　　　　/s/ W. Brad English
　　　　　　　　　　　　　　　　　　　Of Counsel