# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| **ENERGY*SOLUTIONS* FEDERAL SUPPORT, LLC, DERIVATIVELY ON BEHALF OF HII SHIPCYCLE, LLC,** *Plaintiff,* v. **UNITED STATES,** *Defendant,* and **HII SHIPCYCLE, LLC,** *Nominal Defendant.* | Case No. **25-1336C** <br> Judge _____ |

## PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Plaintiff Energy*Solutions* Federal Support, LLC ("Energy*Solutions*"), derivatively on behalf of HII ShipCycle, LLC ("ShipCycle"), respectfully requests the Court to enter a protective order to ensure protection of confidential source selection matters, sensitive plans or specifications, and other sensitive information under Court of Federal Claims Appendix C Section VI.

The Complaint and the administrative record in this protest contains or will contain proprietary and confidential pricing information, source selection information, sensitive plans or specifications, and other competition-sensitive procurement information. Thus, the requested protective order is necessary to safeguard such information.

WHEREFORE, Energy*Solutions* respectfully requests that the Court grant this motion and enter a protective order in the substantial form prescribed by Form 8, "Protective Order in Procurement Protest Cases" and attached hereto as Exhibit A.

Dated:  August 11, 2025                                   Respectfully submitted,

                                                        /s/ W. Brad English
                                                        W. Brad English
                                                        J. Andrew Watson, III
                                                        Emily J. Chancey
                                                        Taylor R. Holt
                                                        Hunter M. Drake

**OF COUNSEL:**

MAYNARD NEXSEN PC
655 Gallatin Street SW
Huntsville, Alabama 35801
(256) 512-5705
benglish@maynardnexsen.com
awatson@maynardnexsen.com
echancey@maynardnexsen.com
taholt@maynardnexsen.com
hdrake@maynardnexsen.com

## Certificate of Service

I hereby certify that on August 11, 2025, I caused copies of the foregoing to be served by electronic mail upon the following:

U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

                                                                                      /s/ W. Brad English
                                                                                      Of Counsel