# In the United States Court of Federal Claims

| | |
|---|---|
| ENERGYSOLUTIONS FEDERAL SUPPORT, LLC, DERIVATIVELY ON BEHALF OF HII SHIPCYCLE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*, | No. 25-1336<br>(Filed: August 15, 2025) |

**ORDER**

On August 11, 2025, Plaintiff filed its Complaint (ECF 1) in this bid protest action. On August 14, 2025, the Court held an initial status conference. For good cause shown and consistent with the Court's oral order given at the status conference, NorthStar Maritime Dismantlement Services, LLC's unopposed Motion to Intervene (ECF 15) is **GRANTED**. The parties are directed to use the case caption below on all filings moving forward.

| | |
|---|---|
| ENERGYSOLUTIONS FEDERAL SUPPORT, LLC, DERIVATIVELY ON BEHALF OF HII SHIPCYCLE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*,<br><br>and<br><br>NORTHSTAR MARITIME DISMANTLEMENT SERVICES, LLC,<br><br>*Defendant-Intervenor.* | No. 25-1336<br>Judge Philip S. Hadji |

For good cause shown, Plaintiff's Motion to Seal the Complaint (ECF 3) and Plaintiff's Motion for Protective Order (ECF 4) are also **GRANTED**. The Court will separately issue a protective order. In accordance with the protective order, the Court expects the parties to redact all protected documents for the public record after following the procedures outlined in paragraph 12 by the dates listed below.

At the status conference, the parties provided the Court with a proposed schedule for further proceedings in this matter. The Court has considered the proposed schedule and made the adjustments reflected in the schedule below. Accordingly, the parties are **DIRECTED** to comply with the following schedule:

| | |
|---|---|
| Government files the Administrative Record on CM/ECF by | September 5, 2025 |
| Plaintiff's motion for judgment on the administrative record and amended complaint (if necessary) due by | September 26, 2025<br><br>Redacted versions due: October 10, 2025 |
| Government and Defendant-Intervenor's cross-motions for judgment on the administrative record and responses to Plaintiff's motion due by | October 10, 2025<br><br>Redacted versions due: October 24, 2025 |
| Plaintiff's reply in support of its motion and response to the Government's and Defendant-Intervenor's cross motions due by | October 17, 2025<br><br>Redacted versions due: October 31, 2025 |
| Government and Defendant-Intervenor's replies in support of their cross-motions due by | October 24, 2025<br><br>Redacted versions due: November 7, 2025 |
| Oral argument | October 30, 2025, at 1:30 PM ET |

**IT IS SO ORDERED.**

                                                                      s/ Philip S. Hadji
                                                                     Philip S. Hadji
                                                                     Judge