# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| Energy*Solutions* Federal Support, LLC, derivatively on behalf of HII ShipCycle, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> United States, <br><br> *Defendant,* <br><br> and <br><br> NorthStar Maritime Dismantlement Services, LLC, <br><br> *Defendant-Intervenor.* | Case Nos. 25-1336 <br><br> Judge Philip S. Hadji |

## Notice of Withdrawal of Counsel

Pursuant to Rule 83.1(b)(4)(A) of the *Rules of the United States Court of Federal Claims*, W. Brad English, J. Andrew Watson III, Emily J. Chancey, Taylor R. Holt, Hunter M. Drake and the firm of Maynard Nexsen PC respectfully give notice of their withdrawal as counsel for Energy*Solutions* Federal Support, LLC, on behalf of HII ShipCycle, LLC. Damien C. Specht has appeared for this party in this matter and has been substituted as lead counsel (doc. 28). In accordance with Rule 83.1(b)(4)(B), the undersigned represents that notice of this withdrawal has previously been served on Energy*Solutions* Federal Support, LLC.

Respectfully submitted,

*/s/ Emily J. Chancey*
W. Brad English
J. Andrew Watson, III
Emily J. Chancey
Taylor R. Holt
Hunter M. Drake

**OF COUNSEL:**

**MAYNARD NEXSEN PC**
655 Gallatin Street
Huntsville, Alabama 35801
(256) 512-5705
benglish@maynardnexsen.com
awatson@maynardnexsen.com
echancey@maynardnexsen.com
taholt@maynardnexsen.com
hdrake@maynardnexsen.com

2