# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| ENERGY SOLUTIONS FEDERAL SUPPORTT, LLC DERIVATIVELY ON BEHALF OF HII SHIPCYCLE, LLC., *Plaintiff*, v. THE UNITED STATES, *Defendant*, and NORTHSTAR MARITIME DISMANTLEMENT SERVICES, LLC, *Defendant-Intervenor.* | No. 25-1336 Judge Philip S. Hadji |

**UNOPPOSED MOTION TO STAY IN LIGHT OF THE LAPSE OF APPROPRIATIONS**

Defendant, the United States, respectfully moves for a stay in the above-captioned case until appropriations funding the Department of Justice are restored.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this matter—including of the October 10, 2025 deadline for the Government's cross-motion for judgment on the administrative record and responses to plaintiff's motion, the October 24, 2025 deadline for the Government's reply, and the October 30, 2025 oral arguments—until Congress has restored appropriations to the Department of Justice.

4. Counsel for the plaintiff and intervenor have authorized counsel for the Government to state that their clients are unopposed to the relief sought in this motion.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations, i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay as requested above until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | STEVEN J. GILLINGHAM<br>Assistant Director |
| Of counsel:<br>Samantha J. Hogue<br>Office of Counsel<br>Naval Sea Systems Command | <u>/s/ Thomas J. Adair</u><br>THOMAS J. ADAIR<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 353-7955<br>Email: thomas.adair@usdoj.gov |
|  | *Attorneys for the United States* |