# APPENDIX A

███████████████

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| **ENERGY *SOLUTIONS* FEDERAL SUPPORT, LLC,** DERIVATIVELY ON BEHALF OF **HII SHIPCYCLE, LLC,** <br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES,**<br><br>*Defendant,*<br><br>and<br><br>**HII SHIPCYCLE, LLC,**<br><br>*Nominal Defendant.* | Case No. _____<br>Judge _____<br><br>██████████████████████<br>██████████████████████<br>████████████████ |

### Declaration of William "Billy" Morrison

Under 28 U.S.C. § 1746, I, William "Billy" Morrison, declare the following:

1. I am Billy Morrison. I am an adult resident of the state of Maine. I have personal knowledge of the facts in this declaration. I could and would testify to these same facts if placed under oath in open court.

2. I submit this declaration to support Energy*Solutions* Federal Support, LLC's derivative compliant on behalf of HII ShipCycle, LLC, which we all call "ShipCycle."

3. I am Energy*Solutions'* Chief Operating Officer, overseeing Waste, Federal Services, International, Commercial Development and Strategy. Energy*Solutions* learned that the Navy planned to decommission the USS Enterprise (CVN 65) and to engage a contractor to

A-1

dismantle and dispose of the ship.  We decided to partner with Huntington Ingalls Industries to pursue that opportunity.  We ██████████████████████████████████████ ██████████████████████████████.  Energy*Solutions* Federal Support, LLC ("ESFS"), an Energy*Solutions* affiliate, and HII Nuclear Inc., a Huntington Ingalls affiliate, are ShipCycle's owners and members.  HII Nuclear is the ██% owner of ShipCycle, with ESFS as the ██% owner.

      4.      ShipCycle's board is comprised of ██████████████████████████████ ██████████████████████████████  ShipCycle's corporate documents require a majority vote (or greater, in some instances) to approve actions on its behalf, including protests.

      5.      ShipCycle developed a responsive, competitive proposal to submit under the Solicitation, and offered a price that was ████████████████████████ than the awardee.  I was personally involved in preparing that proposal.

      6.      The Navy required bidders to use the Procurement Integrated Enterprise Environment ("PIEE") website to submit proposals.  Huntington Ingalls personnel submitted ShipCycle's original proposal, with no trouble, on January 5, 2025.

      7.      In April, the Navy opened discussions to those bidders designated to have made the established competitive range and issued evaluation notices or "ENs."  I was involved in reviewing and responding to ShipCycle's ENs.  The Navy required final proposal revisions, submitted through PIEE, by 3:00PM local time on April 16.

      8.      Huntington Ingalls personnel again took the lead on submitting for ShipCycle. However, they were unable to upload the final proposal revisions until 9:41PM, all as further

explained in our derivative complaint.

9. On May 30, the Navy rejected ShipCycle's proposal as untimely and removed it from the competition.

10. Energy*Solutions* believed, and still believes, that the Navy's decision was unreasonable and irrational. The Energy*Solutions* Board members persuaded the Huntington Ingalls board members to join us and approve a protest of the Navy's decision; however, they were only willing to authorize ShipCycle to file an agency-level protest with the Navy in the hope the Navy would not be antagonized and would find a way to consider the ▮▮▮▮▮ ▮▮▮ our proposal offered versus its decision to eliminate that offer from consideration. I understood that an agency-level protest was less aggressive than protesting at Government Accountability Office or the U.S. Court of Federal Claims Court, so Huntington Ingalls was willing to proceed.

11. On June 9, ShipCycle filed an agency protest with the Navy through Huntington Ingalls' long-time counsel. The Navy denied that protest on July 8, 2025.

12. Since that time, I have had many discussions with ▮▮▮▮▮, who is ShipCycle's ▮▮▮▮▮. During those discussions, I have urged ▮▮▮▮▮ and the Huntington Ingalls team to pursue ShipCycle's protest to the U.S. Court of Federal Claims.

13. On July 11, ShipCycle's board met and discussed the potential protest, but did not put the issue to a vote or take any formal action. All board members conceded that if a protest went forward, the Court presented the most viable option. But the Huntington Ingalls

representatives were not yet ready to act, though they promised to appeal to Huntington Ingall's corporate leadership to authorize a Court of Federal Claims protest.

14. On or about August 4, I talked with ▇▇▇▇ privately. I impressed upon him that Energy*Solutions* thought it was in ShipCycle's best interest to pursue the protest at Court. I even offered to use our lawyers with Maynard Nexsen at Energy*Solutions*' **sole cost**. Given that the Enterprise decommissioning effort was ShipCycle's only focus, and the lack of any cost risk to ShipCycle or Huntington Ingalls, Energy*Solutions* felt there was no reason to oppose the protest.

15. But during the August 4 call, ▇▇▇▇ told me unequivocally that neither he nor the other ShipCycle board member from Huntington Ingalls, Mr. ▇▇▇▇, would vote in favor of pursuing the protest at Court. As I understood ▇▇▇▇ comments, he had socialized the protest inside Huntington Ingalls and was instructed they would never authorize nor support progressing the protest beyond the agency level (which was denied). As I understood it, this was because of Huntington Ingall's larger relationship with the Navy and its belief that taking no further action was in Huntington Ingall's best interest. Based on ▇▇▇▇ ▇▇▇▇ comments to me, Energy*Solutions* concluded it would be futile to call for a ShipCycle board vote or otherwise continue trying to persuade Huntington Ingalls to support further protest efforts.

16. Because we at Energy*Solutions* believe there is a good faith basis to protest ShipCycle's elimination, and that it is in ShipCycle's best interest to do so, we authorized Maynard Nexsen to pursue this protest derivatively, on ShipCycle's behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of August 2025.

                                                       _____
                                                       William "Billy" Morrison