# In the United States Court of Federal Claims

**HII SHIPCYCLE, LLC,**

    **Plaintiff,**

v.                                                                             **Case No. 25-1336C**

**THE UNITED STATES,**

    **Defendant,**

v.

**NORTHSTAR MARITIME
DISMANTLEMENT SERVICES, LLC,**

    **Intervenor Defendant.**

## NOTICE OF FILING OF OFFICIAL SEALED TRANSCRIPT

    Notice is hereby given that an official transcript of proceedings held on **October 30, 2025,** has been filed in the above-captioned matter. As this is a transcript of a sealed proceeding, the transcript is available to case participants only and will remain sealed unless the judge orders otherwise.

    This transcript will be made electronically available to the parties to this proceeding after 90 calendar days. If a party to the case would like to review the transcript before it is electronically available, the party may purchase a copy from the official court reporter (at which time the purchasing party will receive immediate electronic access to the transcript). Please contact the Clerk's Office at (202) 357-6406 for more information.

**November 4, 2025**                                                                                   **s/Analeah Charles**
                                                                                                             **Deputy Clerk**