# In the United States Court of Federal Claims

HII SHIPCYCLE, LLC,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant,*

and

NORTHSTAR MARITIME DISMANTLEMENT SERVICES, LLC,

    *Defendant-Intervenor.*

No. 25-1336
(Filed: December 1, 2025)

**ORDER**

On September 9, 2025, the Government filed the Administrative Record in this procurement protest action. ECF 39. Pursuant to FAR 15.303(a), DFARS 215.300, DFARSPGI 215.300, and Paragraph 1.2 of the Department of Defense Source Selection Procedures (August 20, 2022), acquisitions with a total estimated value greater than or equal to $100 million require the Agency head to appoint, in writing, the Source Selection Authority (SSA). The Court has reviewed the Administrative Record and did not find a writing from the Agency head, or an individual acting pursuant to a delegation of authority from the Agency head, appointing the SSA for the acquisition that is the subject of this protest. *See* ECF 39.

As such, on or before **December 4, 2025**, the Government is **ORDERED** to do one of the following: (1) supplement the Administrative Record to include the written appointment of the SSA and any delegation of authority from the Agency head if the appointment was not made by the Agency head; (2) indicate to the Court where in the Administrative Record the written appointment of the SSA is; or (3) indicate if the Court is mistaken regarding the applicability of such requirement.

    **IT IS SO ORDERED.**

                                      /s/ Philip S. Hadji
                                      Philip S. Hadji
                                      Judge