# In the United States Court of Federal Claims

| | |
|---|---|
| HII SHIPCYCLE, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>   *Defendant,*<br><br>and<br><br>NORTHSTAR MARITIME<br>DISMANTLEMENT SERVICES, LLC,<br><br>   *Defendant-Intervenor.* | No. 25-1336<br>(Filed: December 23, 2025) |

**ORDER**

On December 23, 2025, the Government filed an unopposed motion (ECF 87) requesting an enlargement of time, up to January 7, 2026, to file its reply in support of its Motion to Supplement the Administrative Record (ECF 80). For good cause shown, the Government's Motion for an enlargement of time (ECF 87) is **GRANTED**. The Government's reply is due on or before January 7, 2026.

  **IT IS SO ORDERED.**

                /s/ Philip S. Hadji
                Philip S. Hadji
                Judge