# In the United States Court of Federal Claims

| | |
|---|---|
| HII SHIPCYCLE, LLC, | |
|     *Plaintiff,* | |
| v. | |
| THE UNITED STATES, | No. 25-1336 |
|     *Defendant,* | (Filed: March 9, 2026) |
| and | |
| NORTHSTAR MARITIME DISMANTLEMENT SERVICES, LLC, | |
|     *Defendant-Intervenor.* | |

**ORDER**

On March 5, 2026, Plaintiff filed its proposed redactions to the sealed opinion in this matter (ECF 97). Plaintiff seeks redaction of the approximate dollar value difference between its proposed price and Defendant-Intervenor's. ECF 97 at 1. Defendant-Intervenor did not oppose Plaintiff's proposed redactions, nor did it propose additional redactions. ECF 97 at 1. The Government did not express a position. *See* ECF 97 at 1. Because Plaintiff and the Court relied on cases that explicitly indicated the prices of proposals of protesters for the merits portion of this matter and the price differential is helpful to understanding the opinion, the Court does not find Plaintiff's cited cases for the purposes of redactions persuasive. The Court is nonetheless sympathetic to Plaintiff's desire to have the pricing information remain private during the competition for this contract on remand and is willing to try to accommodate this request, as long as this length of time is not excessive. To aid in the Court's consideration of when to release a completely unredacted version of the opinion, the Government shall **FILE** a status report informing the Court of the deadline for Final Proposal Revisions and the anticipated contract award date, on or before **March 16, 2026**.

    IT IS SO ORDERED.

                                                        /s/ Philip S. Hadji
                                                        Philip S. Hadji
                                                        Judge