IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| HII SHIPCYCLE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 25-1336C |
| ) | (Judge Hadji) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of   Steven J. Gillingham   as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Steven J. Gillingham
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch Civil Division
Telephone: (202) 598-6730
Email: Steve.Gillingham@usdoj.gov

Dated: March 10, 2026