**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

HII SHIPCYCLE, LLC.,

       *Plaintiff*,

v.

UNITED STATES,

       *Defendant*,

and

NORTHSTAR MARITIME
DISMANTLEMENT SERVICES, LLC,

       *Defendant-Intervenor.*

No. 25-1336

Judge Philip S. Hadji

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order of March 9, 2026 (ECF No. 98), Defendant, the United States, respectfully provides the following status report.

First, the Government agrees with the Court that making public the prices of the parties' proposals and the differential between the parties' prices would be helpful in explaining the Court's February 19, 2026 Opinion and Order (ECF No. 95) and, therefore, the Government believes the price differential should not be redacted in a public opinion. Moreover, there is no basis for further protecting such pricing information for two reasons. First, ShipCycle's pricing is now old news, as a new competition, which is described below, will require new pricing calculations by the offerors. To be sure, ShipCycle and other offerors might simply stick with their old pricing, but ShipCycle already knows its competitors' prices, so ShipCycle deserves no special advantage with regard to its former pricing. *E.g., LaBarge Prods., Inc. v. West*, 46 F.3d

1547, 1555 (Fed.Cir.1995) (upholding an agency disclosure of price disparity and stating, it is "a bastion of federal procurement policy that all offerors must possess the equal knowledge of the same information to have a valid procurement.  All offerors cannot have equal knowledge if one knows the previous bid of another.") (internal citations omitted).

Second, ShipCycle itself has not treated its pricing as confidential inasmuch as it has informed its Senator of its pricing to prompt a congressional inquiry into the Navy's rejection of ShipCycle's offer.  We have discussed the matter with ShipCycle's counsel, who has informed us that ShipCycle does not believe the FPR price differential should be disclosed because it does not believe the disclosure constituted a disclosure inconsistent with the Court's protective order.  Our point, however, is that if ShipCycle does not treat its former pricing as confidential, we see no reason for the Court to do so.

Finally, in accordance with the Court's February 19, 2026 Opinion and Order, the Navy will afford the three offerors who were in the competitive range following initial proposals the opportunity to submit new FPRs and will make a new source selection decision based on the FPRs.  Although disclosure or nondisclosure of ShipCycle's old pricing information might affect its schedule, the Navy currently anticipates issuing its request for new FPRs on or before March 23, 2026.  The request for new FPRs will include a change to the incentive delivery date given the passage of time since the issuance of the solicitation.  The anticipated deadline for submission of FPRs will be two weeks from the date the Navy issues the request.  For example, if the request for FPRs is issued on March 23, 2026, the deadline for submission will be Monday, April 6, 2026.  Based on this FPR timeline, the Navy's anticipated award date is on or before June 8, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

STEVEN J. GILLINGHAM
Assistant Director

Of counsel:                             /s/ Thomas J. Adair
Samantha J. Hogue                       THOMAS J. ADAIR
Office of Counsel                       Trial Attorney
Naval Sea Systems Command               Commercial Litigation Branch
                                        Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 480
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: (202) 353-7955
                                        Email: thomas.adair@usdoj.gov

                                        *Attorneys for the United States*