**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

|  |  |
|---|---|
| HII SHIPCYCLE, LLC, | |
| Plaintiff, | |
| v. | Case No. 25-1336 |
| UNITED STATES OF AMERICA, | Judge Philip S. Hadji |
| Defendant, | |
| and | |
| NORTHSTAR MARITIME DISMANTLEMENT SERVICES, LLC, | |
| Defendant-Intervenor | |

**DEFENDANT-INTERVENOR'S NOTICE OF APPEAL**

Notice is given that Defendant-Intervenor NorthStar Maritime Dismantlement Services, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's February 19, 2026 order (ECF No. 95) in the above-captioned case, which entered a permanent injunction enjoining both the United States Department of the Navy and NorthStar from continuing performance of NorthStar's contract awarded pursuant to the challenged solicitation.

Dated: March 18, 2026

Respectfully submitted,


*/s/ Luke W. Meier*
Luke W. Meier
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C.  20006-5403
T: (202) 420-2218
F: (202) 403-3550
Luke.meier@blankrome.com
*Counsel for NorthStar Maritime*
*Dismantlement Services, LLC*


Of Counsel:

Michael J. Montalbano
Michael.montalbano@blankrome.com
Shane Hannon
Shane.hannon@blankrome.com