# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

March 19, 2026

James F. McGowan, Procuring Contracting Officer
Department of the Navy
Naval Sea Systems Command
1333 Isaac Hull Avenue, SE
Washington, DC 20376

   Re:  <u>HII Shipcycle, LLC v. United States,</u>
     Case No. 25-1336C

Dear Mr. McGowan:

  On February 19, 2026, Judge Philip S. Hadji entered a sealed opinion and order in the above-captioned case remanding the matter to the Department of the Navy for a period of 60 days. Judge Hadji afforded the parties 14 days to propose redactions. The protestor proposed redactions, but the court did not find them warranted and thus publicly released the opinion in full on March 18, 2026.

  In accordance with Rule 52.2 of the Rules of the United States Court of Federal Claims (RCFC), please find enclosed a certified copy of the publicly reissued opinion and order. A copy of RCFC 52.2 is also included for your convenience. Please take note of the requirement of RCFC 52.2(d) regarding service of the Department's final decision for filing with the court.

  If you have any questions, please contact the Clerk's Office at (202) 357-6406.

        Sincerely,

        Joan W. Goldfrank,
        Director of Operations

Enclosures (2)

cc: *via CM/ECF only*
 Judge Philip S. Hadji
 Damien Clemens Specht, Esquire
 Thomas J. Adair, Esquire
 Luke William Meier, Esquire